UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WALTER C. COFFEY, III,

Plaintiff,

v.

CAROL NEITHERCUT, et al.,

Defendants.
_______________________________/

Case No. 2:22-cv-80

Hon. Robert J. Jonker
U.S. District Judge

**ORDER**

This order addresses *pro se* Plaintiff Walter C. Coffey, III's complaint filed April 15, 2022. (ECF No.1.) Coffey names 12 Defendants in his 137-page complaint. It is an understatement to say that the complaint is not a model of clarity. At best, it is confusing, incoherent and rambling. Little within the complaint makes sense. Although, Coffey recites the rule to "[w]rite a short and plain statement of the claim", he failed to do so. (*Id.*, at PageID.11.)

"A pleading that states a claim for relief must contain" among other things, "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a), (a)(2). "Each allegation must be simple, concise, and direct." Fed. R. Civ. P. 8(d)(1). A plaintiff must plead a claim with clarity and provide a defendant with fair notice of the claim and grounds upon which it rests. *Kensu v. Corizon, Inc.*, 5 Fed.4th, 646, 650 (6th Cir. 2021). "The district court and defendants should not have to 'fish a gold coin from a bucket of mud' to identify the allegations really at issue." *Id.* at 651 (citation omitted).

Coffey has failed to plead a short and plain statement of his claims. Although Coffey cites to the United States Constitution, he fails to explain how each Defendant was involved in an alleged violation of the Constitution or federal law. Coffey has failed to properly number each paragraph of his complaint. Sometimes he numbered his paragraphs and sometimes he did not. His complaint repeats the same numbers, multiple times. Coffey failed to assert any counts in his complaint. Coffey failed to present a short and plain statement of his claims upon which relief can be granted. In short, Coffey has violated Rule 8 of the Federal Rules of Civil Procedure.

Accordingly, within 21 days from the date of this order, Coffey shall submit an Amended Complaint that complies with Fed. R. Civ. P. 8.

The complaint paragraphs shall be sequentially numbered. The complaint shall be coherent. The complaint shall state a short and plain statement upon which relief may be granted and explain each claim in a separate count with an indication as to how each Defendant was involved in the stated count.

Failure to comply with this order will result in a recommendation to dismiss the complaint for failure to prosecute and for failure to comply with Fed. R. Civ. P. 8.

IT IS SO ORDERED

Dated: July 26, 2022

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE