UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WALTER C. COFFEY, III,

Plaintiff,

v.

CAROL NEITHERCUT, et al.,

Defendants.
_______________________________/

CASE NO. 2:22-cv-80

HON. ROBERT J. JONKER

**ORDER OF DISMISSAL**

On July 26, 2022, the Plaintiff was given 21 days to submit an Amended Complaint that complied with Fed.R.Civ.P. 8. ECF No. 7. Plaintiff was advised that failure to comply with the order would result in a recommendation to dismiss the complaint for failure to prosecute and for failure to comply with Fed.R.Civ.P. 8. A review of the docket sheet indicates an Amended Complaint has not been filed. Accordingly,

Plaintiff's complaint is **DISMISSED** without prejudice.

Date: August 26, 2022

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE